ENT/JS-6

*[Filed stamp: MAR 18 2010, CENTRAL DISTRICT OF CALIFORNIA]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY RHONDA NICOLAS, | Case No. CV 09-4838 AN |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is reversed, and that this matter is remanded for further proceedings not inconsistent with this Order pursuant to Sentence Four of 42 U.S.C. §405(g).

DATED:   March 18, 2010

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

*[Stamp: ENTERED - SOUTHERN DIVISION, CLERK, U.S. DISTRICT COURT, MAR 18 2010, CENTRAL DISTRICT OF CALIFORNIA]*